## ISAAC et al. v. LEE.

No. 4001.  Opinion Filed May 18, 1915.

(149 Pac. 158.)

**CONTRACT WITH ATTORNEY—Indians.** Syllabus the same as in No. 3999, Jack Postoak v. Albert J. Lee, ante, 149 Pac. 155.

(Syllabus by Galbraith, C.)

*Error from District Court, Carter County;*

*S. H. Russell, Judge.*

Action by Albert J. Lee against King Isaac and others. Judgment for plaintiff, and defendants bring error. Affirmed.

*Wm. J. Gregg, John B. Meserve,* and *Carter Smith,* Asst. U. S. Atty., for plaintiffs in error.

*Cruce & Cruce,* for defendant in error.

GALBRAITH, C. This action is based upon a note and contract for the same amount and of similar character as that considered in No. 3999, Jack Postoak against Albert J. Lee, 149 Pac. 155, decided this day, and the law of that case controls this.

We, therefore, recommend that the judgment of the trial court be affirmed.

By the Court: It is so ordered.